IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-325-RJC-DCK

| | | |
|---|---|---|
| WILLIAM MARKWAT, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LIBERTY LIFE ASSURANCE | ) | |
| COMPANY OF BOSTON, a member of | ) | |
| LIBERTY MUTUAL GROUP, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT on the "Motion To Substitute Parties" (Document No. 8) filed October 27, 2011.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motion, and noting consent of the parties, the undersigned will grant the motion.

IT IS, THEREFORE, ORDERED that the "Motion To Substitute Parties" (Document No. 8) is **GRANTED**.

IT IS FURTHER ORDERED that the Clerk substitute The HSBC–North America (U.S.) Consolidated Health and Welfare Plan and HSBC–North America (U.S.) Benefits Administrative Committee as Defendants in this action in place of Liberty Life Assurance Company of Boston.

Signed: October 27, 2011

David C. Keesler
United States Magistrate Judge