# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:11-cv-325-RJC-DCK

| | |
|---|---|
| WILLIAM MARKWAT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) **ORDER**<br>HSBC—NORTH AMERICA (U.S.) )<br>CONSOLIDATED HEALTH AND )<br>WELFARE PLAN; HSBC—NORTH )<br>AMERICA (U.S.) BENEFITS )<br>ADMINISTRATIVE COMMITTEE, )<br>)<br>Defendants. ) | |

**THIS MATTER** comes before the Court upon Plaintiff William Markwat and Defendants The HSBC—North America (U.S.) Consolidated Health and Welfare Plan and HSBC—North America (U.S.) Benefits Administrative Committee's joint Stipulation of Dismissal. (Doc. No. 11). The Court hereby dismisses this action in its entirety with prejudice based on the representations of the parties and directs the Clerk to enter judgment. Each party shall bear its respective costs and fees.

**IT IS, THEREFORE, ORDERED** that in accordance with Federal Rule of Civil Procedure 41, this action is **DISMISSED** in its entirety with prejudice. The Clerk shall enter judgment accordingly.

Signed: January 11, 2012

Robert J. Conrad, Jr.
Chief United States District Judge