# United States District Court
# For The Western District of North Carolina
# Charlotte Division

William Markwat,

    Plaintiff(s),

vs.

Liberty Life Assurance Company of Boston, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:11cv325

DECISION BY COURT. This action having come before the Court by Stipulation of Dismissal and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/11/12 Order.

January 11, 2012

FRANK G. JOHNS, CLERK

BY: Cynthia Huntley
      Cynthia Huntley, Deputy Clerk